UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEWIS POWELL,

      Plaintiff,

                          CASE NO. 05-CV-70435-DT
                          JUDGE ARTHUR J. TARNOW
                          MAGISTRATE JUDGE PAUL J. KOMIVES

v.

KANISHA BAILEY et al.,

      Defendants.
                                          /

## ORDER SETTING INITIAL SCHEDULE

A scheduling conference was held this date with counsel for the parties pursuant to a notice issued on May 11, 2005.  As stated at the conclusion of this conference:

     1.     The parties are expected to commence discovery and to complete discovery except for depositions within ninety days.

     2.     Depositions of inmates require leave of court.  Counsel are expected to confer and agree on the form of any such order granting leave.  The order presented for my signature should include the date and location of the deposition.

     3.     Defendant Carlson has requested the court to appoint counsel for him.  His request will be referred to the Court's pro *bono program* administrator.  If an attorney is found who will accept this case, an order of appointment will be entered.  However, the parties who are represented by counsel should not delay discovery since this process will take time and may not be successful.

     4.     I will conduct a status conference with counsel by telephone on Monday July 18, 2005 at 3:30 p.m.  Cut-off dates will be set at that conference for filing pretrial motions.

IT IS SO ORDERED.

                                        s/Paul J. Komives
                                        PAUL J. KOMIVES
Dated: 5/18/05                      UNITED STATES MAGISTRATE JUDGE

> The undersigned certifies that a copy of the foregoing order was served on the attorneys of record by electronic means or U.S. Mail on May 18, 2005.
>
>                             s/Eddrey Butts
>                             Case Manager